**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1764**

RANDY L. THOMAS,

              Plaintiff - Appellant,

         v.

HELMS, MULLISS, WICKER PLLC; JAMES G. MIDDLEBROOKS; MARK W. JOHNSON,

              Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.   Graham C. Mullen, Senior District Judge.  (3:07-cv-00052-GCM)

Submitted:  November 10, 2008      Decided:  December 11, 2008

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Randy L. Thomas, Appellant Pro Se.  Douglas William Ey, Jr., MCGUIREWOODS, LLP, Charlotte, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy L. Thomas appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b) motion filed in this 42 U.S.C. § 1983 (2006) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thomas v. Helms, Mulliss, Wicker PLLC, No. 3:07-cv-00052-GCM (W.D.N.C. June 19, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2